IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| DAGOBERTO BOLANOS CERVANTES, | : | |
| Plaintiff, | : | Civil No. 04-3788 (RBK) |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**O R D E R**

THIS MATTER having come before the Court upon petition by Plaintiff Daboberto Cervantes ("Plaintiff") under 28 U.S.C. § 2253(c) for a certificate of appealability; and the Court having considered the moving papers and the opposition thereto; for the reasons stated in the accompanying opinion;

IT IS HEREBY **ORDERED** that **PLAINTIFF'S** petition is **DENIED**.


Dated:   10/19/2007                             /s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge